**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL ZIGLER, ET AL., | ) | CASE NO.1:06CV2112 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLSTATE INSURANCE CO., ET AL., | ) | <u>ORDER</u> |
| | ) | |
| Defendant. | ) | |

The Court has been advised that this action has been settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

IT IS SO ORDERED.

5/3/07
Date

CHRISTOPHER A. BOYKO
United States District Judge

FILED
MAY 3 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND